IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION


ANDREA HERRIAGE                                                    PLAINTIFF


        v.                               CIVIL NO. 12-5015


MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                     DEFENDANT

**J U D G M E N T**

        For reasons stated in the memorandum opinion of this date, the Court hereby affirms the

decision of the Commissioner and dismisses Plaintiff's case with prejudice.  **The parties have**

**sixty days from entry of the judgment on the docket in which to appeal.**

        IT IS SO ORDERED AND ADJUDGED this 13th day of February, 2013.


                                        /s/ *Erin L. Setser*
                                        HON. ERIN L. SETSER
                                        UNITED STATES MAGISTRATE JUDGE


**AO72A**
**(Rev. 8/82)**